

**VIA ECF**

June 20, 2018

Hon. David E. Peebles, U.S. Magistrate Judge
Northern District of New York
Federal Building and U.S. Courthouse
P.O. Box 7345
Syracuse, New York 13261-7345

    **Re:    Sarah Crews v. City of Ithaca and John R. Barber, Chief of Police**
            **NDNY Case No.: 3:17-cv-00213 (MAD/DEP)**

Your Honor:

The parties have agreed upon a mediator and are awaiting a response from the mediator's conflict check. I hope to file a stipulation regarding the selection soon. Thus, I respectfully request that the deadline for selection be adjourned until Friday, June 22, 2018.

Thank you for your attention to this matter.

Very truly yours,

Roemer Wallens Gold & Mineaux LLP

*[signature]*

Earl T. Redding
(NDNY Bar Roll No.: 514583)

Cc:    Edward Kopko, Esq.
        Kevin Levine, Esq.

---

13 Columbia Circle    Ph. 518.464.9589    eredding@rwgmlaw.com
Albany, New York 12203   Fx. 518.464.1010