# EDWARD E. KOPKO

**LAWYER**

JASON U. VIOLETTE, ASSOCIATE
TRISTYN M. AHART, LEGAL ASSISTANT

308 NORTH TIOGA STREET, 2nd FLOOR
ITHACA, NEW YORK 14850
TELEPHONE: 607.269.1300
FACSIMILE: 607.269.1301
MOBILE: 607.592.4711
ekopko@ithaca.law

Monday, July 09, 2018

Honorable David E. Peebles, Magistrate Judge
United States District Court
Northern District of New York

**Reference:  Sarah Crews v. City of Ithaca and John R. Barber, Chief of Police**
**NDNY Index No. 3:17-cv-00213 (MAD/DEP)**
**Request for Adjournment**

Dear Magistrate Judge Peebles:

   I respectfully request a one-week adjournment of the telephone conference set for July 12, 2018 at 3:00 p.m.  I am currently in the hospital and will be unavailable for the conference as scheduled. Please let me know the Court's pleasure.

   Thank you.

Respectfully Submitted,

Edward E. Kopko
EEK/tma

cc:
  Earl Redding, Esq., via ECF
  Kevin Levine, Esq., via ECF
  Sarah Crews, via email