

# CITY OF ITHACA
108 East Green Street   Ithaca, New York 14850-6590

**OFFICE OF THE CITY ATTORNEY**
   Aaron O. Lavine, City Attorney
   Robert A. Sarachan, Assistant City Attorney
   Krin Flaherty, Assistant City Attorney
   Jared Pittman, Assistant City Attorney
   Jody Andrew, Executive Assistant

Telephone: 607/274-6504
Fax: 607/274-6507

February 28, 2018

Hon. David E. Peebles, U.S. Magistrate Judge
Federal Building and U.S. Courthouse
P.O. Box 7345
Syracuse, NY 13261-7345

   Re:   Sarah Crews v. City of Ithaca, et al.; 3:17-CV-213 (MAD/DEP)
           <u>Motion to Withdraw as Counsel</u>

Dear Judge Peebles:

    I represent defendants City of Ithaca and John Barber in the above-referenced matter. I write to inform you that I am leaving the Office of the City Attorney and hereby move to withdraw as counsel. Attorney Earl Redding of Roemer Wallens Gold & Mineaux LLP has been lead counsel for defendants in this matter since its inception and will remain counsel for all defendants after my withdrawal. I further request to be removed from the Court's docket sheet and that all correspondence and papers in this action be directed solely to Mr. Redding.

    Thank you for your consideration of this matter.

                                                    Sincerely,

                                                  Kevin Levine
                                                  Asst. City Attorney

cc: All counsel of record (*via ECF*)