UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

SARAH CREWS,

                     Plaintiff,        **NOTICE OF MOTION**
                                                         **FOR SUMMARY JUDGMENT**

- against -

                                                           Case No.: 3:17-cv-213 [MAD/ML]

THE CITY OF ITHACA, JOHN R. BARBER,
Chief of Police, PETE TYLER, Chief of Police
and DENNIS NAYOR, Chief of Police,

                     Defendants.
_____

**PLEASE TAKE NOTICE**, that the Defendants in the above captioned action, THE CITY OF ITHACA, JOHN R. BARBER, Chief Police, PETE TYLER, Chief of Police, and DENNIS NAYOR, Chief of Police by and through their attorneys, Roemer Wallens Gold & Mineaux LLP, respectfully move this Court at the James T. Foley Federal Courthouse at 445 Broadway, Albany, New York on the 1st day of September, 2020 at 10:00 a.m. or as soon thereafter as counsel may be heard for an Order pursuant to FRCP 56 granting summary judgment on this matter and dismissal of all claims as against Defendants, upon the declaration of Earl T. Redding, duly declared on June 29, 2020 with attached exhibits, the declaration of Dennis Nayor, duly declared on June 29, 2020 with attached exhibits, the declaration of Vincent Monticello, duly declared on June 30, 2020 with attached exhibits, Defendants' memorandum of law, and all others papers submitted in support of Defendants' motion, and such other and further relief that this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that opposition papers, if any, are required to be served 17 days prior to the return date.

**PLEASE TAKE FURTHER NOTICE** that this motion is on submission unless otherwise directed by the Court.

Dated: Albany, New York
June 30, 2020

Respectfully submitted,

ROEMER WALLENS GOLD & MINEAUX LLP
Attorneys for Defendants

By: _____
Earl T. Redding, Esq.
NDNY Bar Roll No.: 514583
Office & P.O. Address:
13 Columbia Circle
Albany, New York 12203
Tel. No.: 518.464.9589
Fax No.: 518.464.1010

TO:   Edward E. Kopko, Esq.