UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JUDGMENT IN A CIVIL CASE

**SARAH CREWS,**
      **Plaintiff,**

vs.                                          3:17-CV-213 (MAD/ML)

**THE CITY OF ITHACA; JOHN R. BARBER,** *Chief of Police*; **PETE TYLER,** *Chief of Police*; **and DENNIS NAYOR,**
      **Defendants.**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendants' motion for summary judgment (Dkt. No. 90) is **GRANTED**; and the Court further **ORDERS** that Plaintiff's cross-motion for summary judgment (Dkt. No. 107) is **DENIED**; and the Court further **ORDERS** that the Clerk of the Court shall enter judgment in Defendants' favor and close this case, all of the above pursuant to the Memorandum-Decision and Order of the Honorable Judge Mae A. D'Agostino, dated the 26th day of January, 2021.

DATED: January 26, 2021

*[signature]*
Clerk of Court

s/Britney Norton
Britney Norton
Deputy Clerk