

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

## ELECTRONIC NOTICE OF CIVIL OR PRISONER APPEAL & CLERK'S CERTIFICATION

Dear Clerk of the Court,

Please take notice that on February 3, 2021 the court received a notice of appeal. This notice serves to inform you of the pending appeal and provides you with the information needed to process the appeal.

I, JOHN M. DOMURAD, CLERK, U.S. District Court for the Northern District of New York, DO, HEREBY CERTIFY that the foregoing docket entries, with the exception of the documents listed below, and maintained electronically on the court's CM/ECF system and constitute the Record on Appeal in the below listed action.

The following documents *are not* available electronically. Please notify the Binghamton Clerk's Office if you need any of the following documents:

Docket No.(s): 34, 105, 111

IN TESTIMONY WHERE OF, I have hereunto set my hand and caused the Seal of said Court to be hereto affixed at the City of Binghamton, New York, this 4th day of February, 2021.

Clerk of Court

By:   Max A. Prebit
      Deputy Clerk

### Case Information

Case Name & Case No.:   Sarah Crews v. The City of Ithaca, et al.  3:17-cv-213
Docket No. of Appeal:   117
Document Appealed:      115

Fee Status:   Paid _X_    Due __    Waived (IFP/CJA) __    IFP revoked __
              Application Attached __    IFP pending before USDJ __

Counsel:      Retained _X_    Pro Se __

Time Status:  Timely _X_    Untimely __

Motion for Extension of Time:    Granted __    Denied __

Certificate of Appealability:    Granted __    Denied __    N/A _X_

State Court Papers are being sent by UPS as of: _____